**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA CARL HARROD,<br><br>Petitioner,<br><br>v.<br><br>WARDEN BIRKHOLZ,<br><br>Respondent. | Case No. 2:25-cv-07035-SRM-E<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

**IT IS ADJUDGED** that the Petition is denied and dismissed without prejudice.

Dated: December 12, 2025

_____
HON. SERENA R. MURILLO
UNITED STATES DISTRICT JUDGE